UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISANDRA LILLY,
        Plaintiff,

v.                                                Case No. 15-CV-1414

CHILDREN'S HOSPITAL OF WISCONSIN, INC.,
        Defendant.

## ORDER

On November 25, 2015, the plaintiff, Chrisandra Lilly, filed a complaint in this court *pro se*. The defendant, Children's Hospital of Wisconsin, Inc. ("CHW"), filed a motion for a more definite statement under Federal Rule of Civil Procedure 12(e). On May 16, 2016, I granted CHW's motion, saying, "[I]t is impossible to make out what claim or claims plaintiff is advancing." Decision & Order, ECF No. 5, at 1. I ordered Lilly to file an amended complaint no later than June 17, 2016, which she did.

CHW filed a motion to dismiss Lilly's amended complaint for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted. On December 28, 2016, I granted CHW's motion, finding that Lilly failed to adequately allege a basis for subject-matter jurisdiction. I ordered Lilly to file a second amended complaint by January 20, 2017, and warned her that I would dismiss this case for lack of diligence, if she failed to do so. Lilly has not filed a second amended complaint.

**THEREFORE, IT IS ORDERED** that this action is **DISMISSED for lack of diligence** pursuant to this court's Civil Local Rule 41(c). The Clerk of Court shall enter final judgment accordingly.

1

Dated at Milwaukee, Wisconsin, this 23rd day of January, 2017.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge